Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARK POTTER,<br><br>            Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, INC.,<br><br>            Defendant | Case No. 8:17-cv-00436 CJC (JCGx)<br><br>**NOTICE OF SETTLEMENT**<br><br><br>**Date:  n/a**<br>**Time: n/a**<br>**Before: Hon. Cormac J. Carney** |

        COMES NOW THE PLAINTIFF, Mark Potter, who respectfully notifies the Court that the above captioned case has settled.  All claims

between the parties have been fully and completely resolved by agreement of the parties.

Plaintiff requests that the Court vacate all pending hearing dates, and that the parties be permitted a period of sixty (60) days to file dispositive pleadings and documents in the case.

The parties anticipate that a Dismissal will be submitted to the Court within the requested sixty-day window.

Dated this 14 June 2017.

**M Jones and Associates, PC**
Attorneys for Plaintiff

_____
Michael Jones

## **PROOF OF SERVICE**

Fed. R. Civ. P. Rule 5; L.R. 5-3

Pursuant to L.R. 5-3.2, the foregoing document was, or will be, filed electronically, and will trigger a "Notice of Electronic Filing" (NEF) that will be sent by email to all CM/ECF Users that have appeared in the case, as well as all pro se parties who have appeared and registered for CM/ECF notifications.  Unless service is governed by Fed. R. Civ. P. Rule 4, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure, and the NEF itself will constitute proof of service for individuals so served.  All attorneys that are registered as CM/ECF Users are deemed to have consented to service in this manner.

Only those parties that have not appeared in the case in the above captioned Court, who are not registered for the CM/ECF System, or who have not consented to receive service through the CM/ECF system must be served by other means, with a required declaration as to the means of service.  Those parties, if any, and their means of service are below:

| | |
|---|---|
| Non-ECF Party Served, with address: | *Hunt & Henriques, Inc.*<br>Janalie Ann Henriques<br>151 Bernal Rd - Ste 8<br>San Jose, CA 95119 |
| Day and Manner of Service: | Mail, 14 June 2017 |
| Title of Document Served: | NOTICE OF SETTLEMENT |
| Method of Service employed (e.g., personal, substituted, mail): | Mail |

Executed on Wednesday, June 14, 2017, at Santa Ana, California.

*/s/ Michael Jones*
_____
Michael Jones